**FILED**
SEP 04 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

# VERIFIED COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE **SOUTHERN** DISTRICT OF **INDIANA**

---

(Full name of plaintiff(s))

**LARRY DANCY**

vs

(Full name of defendant(s))

**MR. WATSON, COMPLEX WARDEN**
**UNITED STATES PENITENTIARY TERRE HAUTE.**

Case Number: 2:19-cv-0426-JRS-DLP
(to be supplied by clerk of court)

---

A.   PARTIES

1.   Plaintiff is a citizen of **INDIANA** (State), and is located at **United STATES PENITENTIARY TERRE Haute, P.O. Box 33, Terre Haute, INDIANA. 47808**
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.   Defendant **WATSON, Complex Warden.**
(Name)

Complaint - 1

is (if a person or private corporation) a citizen of __INDIANA__
(State, if known)

and (if a person) resides at __unknown__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Bureau of Prisons. USP-Terre Haute, 4700 Bureau Road South, Terre Haute, Indiana. 47802:__ (Employer's name and address, if known).

__* DEFENDANTS Continued at PAGE (2A) *__
(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

(1). This is A "VERIFIED Civil Rights Complaint" based upon Plaintiff Personal Knowledge and further declares each Statement And or Allegation to be True And Correct Under Penalty of Perjury Pursuant to 28 USC 1746 by Plaintiffs Signature and date INFRA at PAGE (5).

(2). Plaintiff States That the Administrative Grievance Process is not Completed because Staff Have Made The Process Unavailable to the Plaintiff by The following And Therefore is Exhausted.. The BOP/Administrative Process is (4) Steps. Plaintiff filed the initial Step BP/8 on June 15th and After 35 days returned it to Plaintiff with No Response.. Plaintiff Submitted Second Step BP/9 on July 20th 2019 And to date no response.. NOTE (BOP Policy States No Timely Response is deemed denied) Wherefore its Denied As Required to be Answered Within 30-days.. Plaintiff Has requested 3rd and 4th Steps From His Unit Team Staff that are responsible for issuing All Steps And they Have Refused those Steps to Complete The Administrative Grievance Process And is Therefore Deemed Exhausted SEE: DOLE V. CHANDLER,

* CONTINUED AT PAGE (3) *

A. PARTIES CONTINUED FROM PAGE (2);

3. DEFENDANT: MR. Oliver IS A CITIZEN of Indiana And At All times Herein acting under Federal Law AS Food SERVICE Administrator at USP/Terre Haute. Mailing Address IS: 4700 Bureau Road South, TERRE HAUTE, Indiana, 47802;

4. DEFENDANT MR. McCoy IS A Citizen of Indiana and at All times Herein acting under Federal law AS Health SERVICES Administrator at USP/Terre Haute, Mailing Address IS: 4700 Bureau Road South, Terre Haute, Indiana, 47802;

(PAGE 2A)

438 F.3d. 804, at 809, 812 (7th Cir. 2006) (Prison officials may not take unfair Advantage of the Exhaustion requirement,... and Grievance becomes unavailable and Exhausted when prison staff do not respond to a Properly filed Administrative remedy); Also SEE: Miller v. Norris, 247 F.3d, 736, 740 (8th Cir. 2001) (Administrative remedy is Exhausted when Prison officials prevent a Inmate from using it by providing no forms necessary to Exhaust remedy under 1997e(a).) Wherefore facts herein Demonstrate Administrative remedy is Exhausted on Issues Raised Herein in this Verified Complaint, because staff refused to Answer First and Second Step and refused me 3rd and Forth Step. "And Therefore made it unavailable on issues herein and Exhausted." Thus Complaint is Now Properly brought before this Court on Issues. For relief.

## "Actual Events of Claim Start Below"

3. Food is one of the basic Necessities of life Protected by the Eighth Amendment As is Medical Treatment. And The named Defendants Acts herein at the United States Penitentiary Special Housing Unit of Terre Haute Violated Plaintiffs Eighth Amendment rights And Plaintiff is entitled to Relief demand by the instant Verified Complaint Pursuant To 28 USC 1331 against Defendants (Watson) And (McCoy).

4. On (6-11-2019) Warden Watson and Food Service Administrator Oliver, Violated my Constitution rights (Eighth Amendment) by failing to Provide me with meals that do not Place my Health in danger because Both Defendants know the Food Service Preparation Area is infested with Rodents/mice that entered food trays stored for service to inmates of the Special Housing Unit and Meals Have Mice fecal/feces in the food that is served to Special Housing Unit Inmates including me on (6-11-2019) and it Made me Sick. And then Medical Refused to Provide me Treatment Advising Drink Water. This was Inadequate medical Treatment that Defendant McCoy must ensure is Provided to me And All inmates. NOTE: Numerous Courts Have found Unsanitary Food Service to be — —

*Continued at Page (3A)*

## B. STATEMENT OF Claim Continued From PAGE 3A:

Unconstitutional. SEE: This Circuits Holdings in French V. Owens, 777 F.2d. 1250, 1255 (7th Cir. 1985), And The Tenth Circuits Holding in Ramos V. Lamm, 639 F. 2d. at 570-72 (10th Cir. 1980)... Plaintiff State the Mice fecal matter in food for inmate Consumption is Sufficiently gross to subject Plaintiff to serious Food Borne illness and has occurred to Plaintiff Herin.. And Then failed to Provide me Adequate medical treatment thats Standard Care for Food Borne Contamination... Thus Violating the Eight Amendment on all fronts Herein.. SEE: Ingalls V. Florio, 968 F.Supp, 193, 198-99 (D.N.J. 1997)( Vermin leading Contamination) NOTE Defendants Watson and Oliver have Known of the Rodent Problem in Food Service Preperation Area And Storage Area for a Very Long Time and Have failed to Correct or even try to Correct the Problem therefore being deliberately Indifferent to My safety (Health). This IS A Non-Frivolous Claim to Which Plaintiff is Entitled to Relief/Damages Demanded BY This Verified Civil Rights Complaint.

(PAGE 3A)

C.   JURISDICTION

[X]   I am suing for a violation of federal law under 28 U.S.C. § 1331.
            OR

[ ]   I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.   RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

(1). Find The Defendant Failure to Provide Sanitary Meals To The Plaintiff That Made Him Sick Violated The Eighth Amendment Clause Against Cruel and Unusual Punishment. And Failure To Provide Adequate Medical Treatment for Plaintiff Sickness Violated The Eighth Amendment Awarding Plaintiff $500,000.00 from each named defendant separately and Award Plaintiff $1,000,000.00 Punitive Damages To Show This Type of Conduct Will Not be Tolerated.

(2). Award Plaintiff All Costs incurred by This Lawsuit to include reasonable Attorney fee's.

"INJUNCTIVE RELIEF REQUESTED"

(3). Order Defendants To immediately Correct to Rodent infestation in Food Service And Food Service Preperation and Storage Areas. And To ensure food Served To The inmates Does Not Have Rodent fecal/feces in Stated Meals.

(4). Order Defendant To immediately Treat Food Borne Contamination inmates With Adequate Care thats The Standards of Medical Care For Persons Suffering infested Contaminated Food.

Complaint - 4

E.  **JURY DEMAND**

☒  Jury Demand - I want a jury to hear my case
OR

☐  Court Trial - I want a judge to hear my case

Dated this __29__ day of __Aug.__ 20__19__.

Respectfully Submitted,

X _Jany Ramey_
Signature of Plaintiff

__11622-007__
Plaintiff's Prisoner ID Number

__United STATES PENAtENtiary__

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.