UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| LARRY DANCY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 2:19-cv-00426-JRS-DLP |
| ) | |
| WATSON *Mr., Complex Warden*, ) | |
| OLIVER *Mr.*, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Warden Watson and Food Service Administrator Oliver (collectively, "Defendants") respectfully request that the Court dismiss the Complaint filed by plaintiff, Larry Dancy, for failure to state a claim upon which relief may be granted. In support of this Motion, Defendants incorporate their Brief in Support of Motion to Dismiss, which is filed contemporaneously with this Motion.

WHEREFORE, Defendants Warden Watson and Food Service Administrator Oliver respectfully request that the Court dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

    Respectfully submitted,

    JOSH J. MINKLER
    United States Attorney

By:  s/ *Rachana N. Fischer*
      Rachana N. Fischer
      Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2020, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Service was also sent to the following pro se plaintiff by first class, United States Mail, prepaid and properly addressed to:

LARRY DANCY
11622-007
Terre Haute - USP
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808

/s/ *Rachana N. Fischer*
Rachana N. Fischer
Assistant United States Attorney
Office of the United States Attorney
Southern District of Indiana
10 West Market Street, Suite 2100
Indianapolis, IN 46204